IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BRANDON WALKER,**

    Plaintiff,

v.                                                                             Civil Action No. **3:24CV378**

**OFFICER CHAN,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on June 4, 2024, the Court conditionally docketed Plaintiff's action. By Memorandum Order entered on January 29, 2025, the Court directed Plaintiff to show good cause why his case should not be dismissed for attempting to avoid paying his filing fee obligations. (ECF No. 23.) On February 18, 2025, the United States Postal Service returned the January 29, 2025 Memorandum Order to the Court marked, "Return to Sender," and "NOT HERE RTS." (ECF No. 25.)[1] Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ John A. Gibney, Jr.
Senior United States District Judge

Date: 28 Feb 2025
Richmond, Virginia

---

[1] A letter from Plaintiff's place of incarceration notes that Plaintiff was released on February 2, 2025, because his sentence was served and completed. (ECF No. 24-1, at 1.)